UNPUBLISHED

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

CLAYTON W. KIRKPATRICK,
*Petitioner-Appellant,*

v.

STEVE BOYLES,
*Respondent-Appellee.*

No. 00-7782

Appeal from the United States District Court
for the Western District of North Carolina, at Charlotte.
Graham C. Mullen, Chief District Judge.
(CA-00-466-1-3-MU)

Submitted: January 10, 2002

Decided: January 30, 2002

Before WILKINS and MOTZ, Circuit Judges, and
HAMILTON, Senior Circuit Judge.

Vacated and remanded by unpublished per curiam opinion.

**COUNSEL**

Clayton W. Kirkpatrick, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

**OPINION**

PER CURIAM:

Clayton W. Kirkpatrick seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). The district court dismissed the petition as untimely filed, finding that the lengthy delay between the state court's denial of Kirkpatrick's motion for appropriate relief and the filing of his petition for certiorari did not toll the one-year limitations period. In light of our recent decision in *Allen v. Mitchell*, ___ F.3d ___, 2001 WL 1658838 (4th Cir. Dec. 27, 2001) (No. 00-7439), we grant a certificate of appealability, vacate the district court's order, and remand for further proceedings. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*VACATED AND REMANDED*